**AFFIRMED and Opinion Filed March 4, 2024**



In The
# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-23-00479-CV

## IN THE MATTER OF D.S., A JUVENILE

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JD-21-00797-X**

## MEMORANDUM OPINION
Before Justices Molberg, Pedersen, III, and Goldstein
Opinion by Justice Goldstein

D.S. appeals the trial court's order modifying his disposition. D.S. was adjudicated delinquent on two aggravated robbery charges and was given a four-year determinate sentence, probated for four years. The State later filed a motion to modify that disposition alleging D.S. violated the terms of his probation, including that he had committed an aggravated robbery. Following an evidentiary hearing, the trial court modified D.S.'s disposition and committed appellant to the custody of the Texas Juvenile Justice Department for a period of four years. D.S.'s court-appointed counsel filed a notice of appeal on D.S.'s behalf and has since filed a brief, stating that in his professional opinion the appeal is without merit and that there are

no arguable grounds for reversal. *See Anders v. California*, 386 U.S. 738, 744 (1967).

*Anders* procedures are appropriate in appeals from juvenile delinquency adjudications. *See In Re D.A.S.*, 973 S.W.2d 226, 297 (Tex. 1998) (orig. proceeding) (Because *Anders* protects juveniles' statutory right to counsel on appeal, we hold the procedures enumerated in *Anders* apply to juvenile appeals). An attorney has an ethical obligation to refuse to prosecute a frivolous appeal. *In re Schulman*, 252 S.W.3d 403, 407 (Tex. Crim. App. 2008). Under the *Anders* procedure, if appointed counsel finds the appeal frivolous, counsel must file a brief explaining why the appeal lacks merit. *Anders*, 386 U.S. 744-45; *D.A.S.*, 973 S.W.2d at 297. A copy of that brief must be provided to the juvenile's parent or guardian. The juvenile thus has the ability to advance his or her appeal through a parent, legal guardian, next friend, or guardian ad litem. *See D.A.S.*, 973 S.W. 2d at 297.

Here, D.S.'s counsel provided D.S.'s Mother with a copy of the *Anders* brief and advised Mother of her right to examine the record and file her own response. This Court separately provided Mother with a copy of the brief and notified her of her right to examine the record and file a response. Mother has not responded.

In his brief, D.S.'s counsel demonstrated that he reviewed the record and concluded the appeal was without merit and frivolous. *See Anders*, 386 U.S. at 744. He states that in his professional opinion no arguable grounds for reversal exist and that any appeal would therefore lack merit. *See id*. Counsel's brief meets the

minimum *Anders* requirements by presenting a professional evaluation of the record and stating why there are no arguable grounds for reversal on appeal. *See id.*; *Schulman*, 252 S.W.3d at 409 n.23. We have independently reviewed the record and counsel's brief and we agree the appeal is frivolous and without merit.

Accordingly, we affirm the trial court's modification order.


/Bonnie Lee Goldstein/
BONNIE LEE GOLDSTEIN
JUSTICE

230479F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

**JUDGMENT**

IN THE MATTER OF D.S., A
JUVENILE

No. 05-23-00479-CV

On Appeal from the 305th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. JD-21-00797-
X.
Opinion delivered by Justice
Goldstein. Justices Molberg and
Pedersen, III participating.

In accordance with this Court's opinion of this date, the trial court's modification order is **AFFIRMED**.

Judgment entered March 4, 2024.